IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHARLES EDWARD BROWN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 1:22-CV-498-WKW ) [WO] |
| CORRECTIONAL OFFICER RICE, Supervisor, | ) ) ) |
| Defendant. | ) |

## **ORDER**

On September 19, 2022, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 4.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 13th day of October, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE